IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

THE KLAMATH TRIBES, a federally
recognized Indian Tribe,

        Plaintiff,

                v.

UNITED STATES BUREAU OF
RECLAMATION,

        Defendant

KLAMATH WATER USERS
ASSOCATION
and KLAMATH IRRIGATION DISTRICT,

        Defendant-Intervenors.

Case No. 1:22-cv-00680-CL

JUDGMENT

**MCSHANE, Judge**:

Based on the record, judgment for Plaintiff. Defendant violated Sections 7 and 9 of the

Endangered Species Act and the National Environmental Policy Act.

IT IS SO ORDERED.

DATED this 9th day of February 2024.

_____/s/ Michael J. McShane_____
Michael McShane
United States District Judge

1 – JUDGMENT